

NUMBER 13-14-00564-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

IN RE HENRY & SONS CONSTRUCTION CO., INC.

On Petition for Writ of Mandamus.

ORDER

Before Justices Rodriguez, Benavides, and Perkes
Per Curiam Order

Relator, Henry & Sons Construction Co., Inc., filed a petition for writ of mandamus and emergency motion for temporary relief in the above cause on September 25, 2014, seeking to compel the trial court to grant a continuance for the trial of the underlying cause, scheduled for September 29, 2014. The Court requests that the real parties in interest, Monica Buitureira, individually and as representative of the estate of Nicholas Antonio Benavides, deceased, and Ricardo Benavides, or any others whose interest would be directly affected by the relief sought, file a response to the emergency motion

for temporary relief by 3:00 p.m. on Friday, September 26, 2014.  *See* TEX. R. APP. P. 52.2, 52.4, 52.8, 52.10.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
25th day of September, 2014.